UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

DAYVEEN LAURELL MCBRIDE,

    *Plaintiff*,

    *v.*

NANCY A. BERRYHILL , Acting
Commissioner, Social Security Administration

    *Defendant*.

Case No.  3:16-CV-05645- RSM

ORDER FOR EAJA FEES AND EXPENSES

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $9,105.75, and costs in the amount of $20.10 (for postage), shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and the check for expenses shall be made payable to Plaintiff's attorney, Nancy J. Meserow,  based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

    Law Office of Nancy J.Meserow
    7540 S.W. 51st Ave.

ORDER FOR EAJA FEES AND EXPENSES
3:16-CV – 05645-RSM-JPD

Portland, OR
97219

Whether the check is made payable to Plaintiff, or to his attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated *supra*.

Dated this 14th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES AND EXPENSES
3:16-CV – 05645-RSM-JPD

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788